**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINDEN AIR CORPORATION, a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STARR INDEMNITY & LIABILITY COMPANY, a foreign insurance corporation; CALEDONIAN INSURANCE GROUP, INC., a foreign corporation; and DOES 1-100, inclusive, <br><br> Defendants. | 3:13-cv-00592-HDM-WGC <br><br> ORDER |

    The court's order dismissing defendant Caledonian Insurance Group (#88) is amended to include the following language:

    IT IS FURTHER ORDERED the court's order of dismissal with prejudice of defendant Caledonian Insurance Group, Inc. constitutes a good faith settlement under the provisions of NRS 17.245, as stipulated by the parties.

    IT IS FURTHER ORDERED that plaintiff reserves all rights and claims against STARR INDEMNITY & LIABILITY COMPANY as alleged in their Complaint.

    IT IS SO ORDERED.

    DATED: This 13th day of May, 2015.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE