**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINDEN AIR CORPORATION, ) | 3:13-cv-00592-HDM-WGC |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| STARR INDEMNITY & LIABILITY ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The plaintiff has filed a motion for reconsideration of the court's order of January 26, 2016 granting summary judgment to the defendant on plaintiff's bad faith claims (#118). While the defendant has not had an opportunity to respond to the motion, the court notes that one of the issues raised in the motion is plaintiff's objections to the court's ruling on the bad faith claim without permitting the plaintiff oral argument on that portion of the motion. Since the court originally set oral argument on all of the claims, the court agrees that plaintiff should have been permitted to present oral argument on the bad faith claims.

Accordingly, the court sets a telephonic hearing on the plaintiff's motion for reconsideration for March 23, 2016, at 10:30

1

a.m. The defendant should respond to the motion on or before February 22, 2016, and the plaintiff may file any reply on or before February 29, 2016.

Because of the timing of the motion and the impact any decision of the court may have on the trial, the court **VACATES** the trial set for March 1, 2016, and the calendar call for February 17, 2016. A new trial date shall be set at a time convenient to the court and counsel.

IT IS SO ORDERED.

DATED: This 8th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

2